IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Arturo Sanchez-Rosario,                              :

        Plaintiff                     :     Civil Action 2:12-cv-488

v.                                                   :     Judge Frost

Immigration and Customs                              :     Magistrate Judge Abel
Enforcement,
                                                     :
        Defendant
                                                     :

**DEFICIENCY ORDER**

On June 6, 2012, Plaintiff filed a document entitled "Petition to Vacate Pending Charges and Detainer", asking that he be released from a pending Immigration and Naturalization Service detainer. (Doc. 1). The Court construes this as a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241. Plaintiff did not, however, supply the required $5.00 filing fee.

Plaintiff is **ORDERED** to, within twenty-eight days of the date of entry of this Order, either submit to the Clerk of Court the required filing fee or move for leave to proceed *in forma pauperis*.

                                                              s/Mark R. Abel
                                                              United States Magistrate Judge