IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Arturo Sanchez Rosario, | : | |
| Petitioner | : | Case No. 2:12-cv-0488 |
| v. | : | Judge Frost |
| Immigration and Customs Enforcement and Warden, Marion Correctional Institution, | : | Magistrate Judge Abel |
| | : | |
| Respondents | : | |

**ORDER**

Petitioner Arturo Sanchez Rosario brings this action for writ of habeas corpus under 28 U.S.C. §2251, which he styles a petition to vacate pending charges and detainer.  This matter is before the Court on Magistrate Judge Abel's July 6, 2012 Report and Recommendation recommending that the petition to vacate pending charges and detainer be dismissed.  No objections to the Report and Recommendation have been filed.

Upon *de novo* review as required by 28 U.S.C. §636(b)(1)(B), the Court ADOPTS the Report and Recommendation.  The petition for writ of habeas corpus is DENIED.  This action is hereby DISMISSED.

                                                   /s/   Gregory L. Frost
                                                 Gregory L. Frost
                                                 United States District Judge